AO 106A (08/18) Application for a Warrant by Telephone or Other Reliable Electronic Means

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States Courts
Southern District of Texas
FILED
*July 11, 2023*
Nathan Ochsner, Clerk of Court

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )
) Case No. **4:23-mj-1394**
IN THE MATTER OF THE ADMINISTRATIVE )
INSPECTION OF STARCREST RX LLC )
17310 W Grand Parkway S., Suite F, Houston, Tx 77088 )

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A.

located in the ___Southern___ District of ___Texas___ , there is now concealed *(identify the person or describe the property to be seized)*:

See Administrative Inspection Warrant

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
☑ evidence of a crime;
☐ contraband, fruits of crime, or other items illegally possessed;
☐ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. 878(2), 880(b)(1)-(3), and 28 CFR 0.104 | Controlled Substances Act |

The application is based on these facts:
See attached Administrative Inspection Warrant

☑ Continued on the attached sheet.
☐ Delayed notice of _____ days *(give exact ending date if more than 30 days: _____ )* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Diversion Investigator, Aisha Cunningham
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by ___having been sworn in by telephone___ *(specify reliable electronic means).*

Date: July 11, 2023

*Judge's signature*

City and state: Houston, Texas     Honorable Sam Sheldon, Magistrate Judge
*Printed name and title*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

In the Matter of the Administrative § 
Inspection of Starcrest RX LLC § 
17310 W Grand Parkway S, Ste F § Case No. **4:23-mj-1394**
Sugar Land, Texas 77479 § 
§ 
§ 
§ 

## APPLICATION FOR ADMINISTRATIVE INSPECTION WARRANT

I, Aisha Cunningham being duly sworn, depose and say as follows:

That the affiant, Aisha Cunningham, is a duly appointed Diversion Investigator of the Drug Enforcement Administration, United States Department of Justice, assigned to the Diversion Group of the Houston Division Office.

That, pursuant to Sections 878 (2) and 880 (b) (1) (2) and (3) and 28 C.F.R 0.104 (subpart R). Title 28, Code of Federal Regulations(C.F.R.) , the affiant is authorized to execute administrative inspection warrants for the purpose of inspecting controlled premises of persons and firms regulated under the Controlled Substances Act (CSA) (21 U.S.C. 800) et seq. in order to inspect, copy, and verify the correctness of all records, reports, and other documents required to be kept or made under Title 21 U.S.C. § 827 and Title 21, C.F.R. § 1304.01, et seq.

That Starcrest RX LLC is registered under the provisions of the Controlled Substances Act, Title 21 U.S.C. § 823, et seq., as a Retail Pharmacy and has been assigned the Drug Enforcement Administration Registration Number FS2387682, respectively in Schedules II through V and doing business at 17310 W Grand Parkway S, Suite F, Sugar Land, Texas 77479. That said place of business is a controlled premise within the meaning of Title 21, U.S.C. § 880 (a) and Title 21 C.F.R. § 1316.02. (c).

That Starcrest RX LLC is required to keep and complete accurate records of all controlled substances received, dispensed, sold, delivered, and or otherwise disposed of by them pursuant to Title 21, U.S.C. § 827 and Title  21, C.F.R. § 1304.01, et seq. on the controlled premise.

That the affiant has examined the files and records of the Drug Enforcement Administration and has determined that Starcrest RX LLC has never been inspected. The affiant further represents that the need for the inspection of the registered location of Starcrest RX LLC and the need for verifying the correctness of inventories, records, reports, and other documents required to be kept under the Controlled Substances Act, and the need for verifying the security provisions utilized by the registrant in storing and handling controlled substances, result from valid public interest in the effective enforcement of the Controlled Substances Act and implementing regulations.

The affiant further states that the inspection will be conducted within regular business hours and that the Investigator's credentials will be presented to the registrant. The inspection will begin as soon as practicable after the issuance of the warrant and will be completed with reasonable promptness and the warrant will be returned within ten (10) days.

The affiant further states that the inspection will extend to the inspection and copying of inventories, records, reports, prescriptions, order forms, invoices, and other documents required to be kept and the inspection of all other items herein including records, files, and documents appropriate for the verification of records, reports, and the documents required to be kept under the Controlled Substances Act.  The inspection will also extend to the inspection of inventory of stocks of controlled substances, equipment associated with the storage and the handling of controlled substances, and if necessary applicable records and or samples of controlled substances will be seized.

The affiant will be accompanied by one or more Diversion Investigators, Special Agents, and Task Force Officers, who are employees of the U.S. Department of Justice, Drug Enforcement Administration, and authorized by the Attorney General to conduct administrative inspections.

A return will be made to this United States Magistrate Judge upon the completion of the inspection.

The affiant further states that she has verified and has knowledge of the facts alleged in this affidavit, and that they are true to the best of her knowledge.

_[signature]_
Aisha Cunningham
Diversion Investigator
Drug Enforcement Administration

Subscribed and sworn to before me, on this 11th day of July, 2023, and I find probable cause.

_[signature]_
Honorable Sam Sheldon
United States Magistrate Judge
Southern District of Texas

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| In the Matter of the Administrative § <br> Inspection of STARCREST RX  LLC § <br> 17310 W Grand Parkway S, Suite F § <br> Houston, Texas 77088 § <br> § <br> § | Case No. **4:23-mj-1394** |

## WARRANT FOR INSPECTION

To Aisha Cunningham and any other duly authorized investigator or agent of the Drug Enforcement Administration (DEA), United States Department of Justice.

This warrant is in response to the application showing probable cause[1] as defined by 21 U.S.C. § 880(d)(1) having been shown by the affidavit of Diversion Investigator Aisha Cunningham of the DEA for an inspection of the controlled premises STARCREST RX LLC 17310 W Grand Parkway S, Suite F, Sugar Land, Texas 77479 and described as a commercial building located within a strip mall in the Southern District of Texas and appearing that such inspection is appropriate pursuant to Section 880, Title 21 U.S.C.

Pursuant to 21 U.S.C. § 880, you are authorized to enter the above described premises during ordinary business hours and inspect in a reasonable manner and to a reasonable extent, all finished or unfinished controlled substances on the premises, all pertinent equipment, records, files, reports, official order forms, (prescriptions), and documents required to be made, kept, and maintained under the provisions of the Controlled Substances Act, 21 U.S.C. § 800, et. seq. and the regulations promulgated there under, for the purpose of verifying that said records, files, official order forms, reports, prescriptions, inventories, documents, and controlled substances are properly kept and maintained.

---

[1] Under this section, "probable cause" means:

"a valid public interest in the effective enforcement of this subchapter or regulations thereunder sufficient to justify administrative inspections of the area, premises, building, or conveyance, or contents thereof, in the circumstances specified in the application for the warrant."

21 U.S.C. § 880(d) (1)

You are also authorized to seize from the above described controlled premises any relevant records, reports, documents, files, samples, and inventories for the purpose of copying or verifying their correctness or verifying their use or intended use in violation of the Controlled Substance Act:

(1) DEA Form 222's, U.S. Official Order Forms for Schedule I and II controlled substances;

(2) Any invoice or form indicating the purchase or distribution of controlled substances;

(3) Any controlled substance prescriptions;

(4) Initial and Biennial inventories of controlled substances;

(5) DEA Form-106, Report of Theft or Loss of Controlled Substances;

(6) DEA Form-41, Registrants Inventory of Drugs Surrendered; and

(7) Any other controlled substance document necessary for the completion of a controlled substance accountability audit.

A prompt return shall be made by the inspecting officers to the undersigned United States Magistrate Judge, showing that the inspection has been completed and accounting for all property seized pursuant to this warrant, not later than thirty (30) days from the issuance of this warrant.

July 11, 2023

Honorable Sam Sheldon
United States Magistrate Judge
Southern District of Texas